```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 31169
    ESTELLA VEAL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-0926


----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 08/23/2004 and was confirmed 11/18/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  80.58% from remaining funds.

      The case was paid in full 09/08/2008.
----------------------------------------------------------------------
 CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
 SHAW BROTHERS            SECURED              500.00         28.57         500.00
 RESURGENT ACQUISITION LL UNSECURED            2724.76          .00        2195.61
 SHERMAN ACQUISITION      UNSECURED          NOT FILED          .00            .00
 RESURGENT ACQUISITION LL UNSECURED             406.01          .00         327.16
 CAPITAL ONE BANK         UNSECURED             589.61          .00         475.11
 MERRICK BANK             UNSECURED            1116.36          .00         899.56
 STEFANS STEFANS & STEFAN REIMBURSEMENT         154.00          .00         154.00
 STEFANS STEFANS & STEFAN DEBTOR ATTY         2,200.00                    2,200.00
 TOM VAUGHN               TRUSTEE                                           419.99
 DEBTOR REFUND            REFUND                                             20.00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
 TRUSTEE                7,220.00

 PRIORITY                                      154.00
 SECURED                                       500.00
    INTEREST                                    28.57
 UNSECURED                                   3,897.44
 ADMINISTRATIVE                              2,200.00
 TRUSTEE COMPENSATION                          419.99
 DEBTOR REFUND                                  20.00
                       ---------------    ---------------
 TOTALS                 7,220.00             7,220.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 31169 ESTELLA VEAL

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                      /s/ Tom Vaughn

Dated: 12/22/08                           _____
                                                      TOM VAUGHN
                                                      CHAPTER 13 TRUSTEE